UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| APPLEWAY EQUIPMENT LEASING, INC., a Washington corporation,<br><br>         Plaintiff,<br><br>    v.<br><br>D & L TRUCK CENTER USA INC.; DONALD L. MEHAFFIE; and LARRY MARSH,<br><br>         Defendants. | NO. CV-08-189-EFS<br><br>**ORDER OF DISMISSAL** |

By Stipulation filed September 24, 2010 (Ct. Rec. 102), the parties advised the Court that the above-captioned matter should be dismissed with prejudice and without costs or fees awarded to any party under Federal Rule of Civil Procedure 41.

Therefore, **IT IS ORDERED:**

1. The Complaint **(Ct. Rec. 1)** is **DISMISSED with prejudice** and without costs or fees awarded to any party;

2. All pending trial and hearing dates are stricken;

3. All pending motions are denied as moot; and

4. This file shall be closed.

ORDER * 1

1 **IT IS SO ORDERED.** The District Court Executive is directed to enter
2 this Order and distribute copies to counsel.
3     **DATED** this ___27th___ day of September 2010.

5                           S/ Edward F. Shea
                              EDWARD F. SHEA
6                       United States District Judge

7 Q:\Civil\2008\189.Stip.Dismiss.2.wpd

ORDER * 2